## MAMULA v. UNITED STEELWORKERS
## OF AMERICA ET AL.

No. 327.   Decided October 19, 1964.

*Harry Alan Sherman* for appellant.

*David E. Feller, Elliot Bredhoff, Jerry D. Anker, Michael H. Gottesman* and *Ernest G. Nassar* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

MR. JUSTICE BRENNAN is of the opinion that the appeal should be dismissed, but that in treating the papers as a petition for writ of certiorari, certiorari should be granted.

MR. JUSTICE GOLDBERG took no part in the consideration or decision of this appeal.